**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**HANNA'S CANDLE CO.** **PLAINTIFF / COUNTER-DEFENDANT**

**v.** **CASE NO.: CV 09-5262**

**ROSS SYSTEMS, INC.** **DEFENDANT / COUNTER-PLAINTIFF**

# ROSS SYSTEMS, INC.'S AMENDED COUNTERCLAIM

COMES NOW, the Defendant / Counter-Plaintiff, Ross Systems, Inc. ("Ross") and for its Amended Counterclaim does state and allege as follows:

1. HCC is an Arkansas corporation with its principal place of business in Washington County, Arkansas.

2. Ross is a Delaware Corporation with its principal place of business in Atlanta, Georgia.

3. Jurisdiction and venue are proper in the District Court for the Western District of Arkansas.

## COUNT I: BREACH OF CONTRACT

4. Ross hereby restates and realleges those allegations contained in paragraphs 1 thru 3.

5. On or around June 19, 2008, HCC entered into a "Software License and Professional Services Agreement" and related Addendum with Ross, for the purpose of purchasing a software system to assist in the operation of HCC's business. A copy of this contract is attached hereto as Exhibit "A."

6. On or around November 12, 2008, HCC entered into a "Statement of Work" agreement with Ross, whereby HCC agreed to the method by which Ross Implementation Services would be calculated. A copy of this agreement is attached hereto as Exhibit "B."

7. On subsequent dates, HCC and Ross entered into a number of "Work Orders" and "Change Orders" whereby HCC agreed to pay fees and costs associated with services that were to be provided by Ross, and were in fact, provided by Ross after each respective agreement was executed. A copy of these various agreements are attached hereto as Exhibit "C."

8. Discovery in this matter is ongoing and it is believed that HCC may be in possession of the signed copies for a number of the Change Orders and Work Orders attached hereto as Exhibit "C." Upon discovery of these documents, Ross reserves the right to supplement its Counterclaim with these signed copies and replace and unsigned copies attached hereto.

9. During the performance of these various agreements and contracts, HCC requested a number of modifications to the original agreed-upon system, as well as the professional services that were to be provided by Ross. As a result, the parties agreed upon a number of amendments to the original contract.

9. Ross fully performed its duties under the agreements and contracts set forth herein.

10. HCC has breached the agreements and contracts in question by refusing to pay the balance owed to Ross under the same.

11. As a result of HCC's breach, Ross has suffered damages in excess of the amount required for federal jurisdiction, which will be proven at trial.

COUNT II:
PROMISSORY ESTOPPEL

12. Ross hereby restates and realleges those allegations contained in paragraphs 1 thru 11.

13. HCC promised to pay Ross for all services outlined in all of the Work Orders and Change Orders attached hereto, regardless of whether they were signed. Ross knew that these services were necessary in order for the software to be implemented properly.

14. In making these promises, HCC reasonably expected that Ross would perform these services.

15. Ross reasonably relied upon the promises from HCC in its decision to perform all work set forth in the attached Work Orders and Change Orders.

16. Injustice can only be avoided by enforcing HCC's promises to pay Ross for all of the work performed by Ross, whether there exists an executed agreement or not.

17. As a result of HCC's broken promises, Ross has suffered damages in excess of the amount required for federal jurisdiction, which will be proven at trial.

WHEREFORE, Defendant, Ross Systems, Inc. prays that Plaintiff's Complaint be dismissed in its entirety, for judgment in excess of the amount required for federal jurisdiction, for its costs and attorney fees incurred herein, and for all other just and proper relief which this Court may deem appropriate.

DATED the 26th day of August, 2010

Respectfully submitted,

**KUTAK ROCK LLP**

By: /s/ John G. Trice

John G. Trice AR, 93145
Jeff Fletcher AR, 2005129
The Brewer Building, Suite 400
234 East Millsap Road
Fayetteville, AR 72703-4099
(479) 973-4200 Telephone
(479) 973-0007 Facsimile

ATTORNEYS FOR DEFENDANT,
ROSS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing to be served on the following counsel of record via ECF filing, this 26th day of August, 2010:

Thomas D. Stockland
STOCKLAND & TRANTHAM, P.A.
P.O. Box 1723
Fayetteville, AR 72702-1723

Jonathan A. Azrael
John R. Solter Jr., Esquire
Azrael, Gann & Franz, LLP
101 E. Chesapeake Ave. Fifth Floor
Baltimore, MD 21286

/s/ John G. Trice
John G. Trice